Judgment affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Not voting: HISCOCK, Ch. J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. ROCCO CARNAVALLE, Respondent.

*Crimes — murder in second degree — judgment of conviction properly reversed.*

People v. *Carnavalle*, 202 App. Div. 156, affirmed.

(Argued April 23, 1923; decided May 8, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 27, 1922, which reversed a judgment rendered at a Criminal Trial Term for the county of New York upon a verdict convicting the defendant of the crime of murder in the second degree and granted a new trial.

*Joab H. Banton*, District Attorney (*Robert C. Taylor* of counsel), for appellant.

*Lloyd Paul Stryker* for respondent.

Order affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Absent: CARDOZO, J.

---

JAMES TIEDEMANN, Respondent, v. MARIA TIEDEMANN, Defendant, and WILLIAM FISHER et al., Appellants.

*Real property — title — action by husband to compel reconveyance by wife of property deeded by him to her and to set aside conveyance of said property by wife to third parties.*

*Tiedemann* v. *Tiedemann*, 201 App. Div. 614, affirmed.

(Submitted April 23, 1923; decided May 8, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 13, 1922, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was brought by the plaintiff, James Tiedemann, against his wife, the defendant Maria Tiedemann, and against William Fisher and Ruth C.

Fisher, to procure a judgment directing the defendant Maria Tiedemann to reconvey to the plaintiff certain premises situated at Queens, New York, theretofore conveyed by the plaintiff to said defendant, and to have a certain conveyance of said premises, made by the defendant Maria Tiedemann to the defendants Fisher, declared null and void, upon the ground that plaintiff conveyed the premises to his wife to avoid the payment of a possible claim upon her oral promise to reconvey and that she in violation of said agreement had sold the premises to the defendants Fisher without his knowledge or consent.

*Henry C. Frey* and *Elmer J. Ashmead* for appellants.

*Rawdon W. Kellogg* and *Charles H. Street* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Absent: CARDOZO, J.

---

HENRY SHERMAN et al., Doing Business under the Firm Name of SHERMAN & SHAGAN, Appellants, *v.* FRANZ MERZ, Respondent.

*Appeal — reversal by Appellate Division upon the facts and the law — appeal to Court of Appeals dismissed.*

*Sherman* v. *Merz*, 202 App. Div. 736, appeal dismissed.

(Argued April 23, 1923; decided May 8, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 23, 1922, reversing upon the facts and the law a judgment in favor of plaintiffs entered upon a verdict and granting a new trial.

*Maximilian Bader* and *Isadore Shapiro* for appellants.

*James A. Davis* and *William G. Decker* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Absent: CARDOZO, J.